**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ian Juan CIPRIANO, Defendant–**
**Appellant.**

No. 07–10292.

United States Court of Appeals,
Ninth Circuit.

Submitted April 15, 2008.*

Filed April 18, 2008.

Diane J. Humetewa, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Trautman Dupont, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge,
GOULD and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Ian Juan Cipriano ("Cipriano") appeals the 51–month term of imprisonment imposed by the district judge upon the second revocation of Cipriano's supervised release. We have jurisdiction under 28 U.S.C. § 1291. We review for reasonableness, *United States v. Miqbel,* 444 F.3d 1173, 1176 (9th Cir.2006), and we affirm.[1]

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Cipriano argues that the district judge based his above-Guidelines sentence on improper considerations. We disagree, and conclude that the district court relied on permissible factors in revoking Cipriano's supervised release and formulating his sentence. *See* 18 U.S.C. § 3583; *Miqbel,* 444 F.3d at 1182–83.

**AFFIRMED.**

1. Because the parties are familiar with the factual and procedural history of this case, we do not recount it in detail here.

